UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,　　　　　　　　　　　　Civil No.  05-1587 ADM/AJB

　　　　Plaintiff,

　　　　v.　　　　　　　　　　　　　　　　　　　　　　O R D E R

EBENEZER DIKEOCHA,

　　　　Defendant.

___

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 1, 2005, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. The Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 [Docket No. 1] is granted;

2. Respondent is found to be suffering from a mental disease or defect for the treatment of which he is in need of hospitalization in a suitable psychiatric facility;

3. FMC-Rochester is a suitable facility at which to treat Respondent's mental illness;

4. Respondent is committed to the custody of the United States Attorney General; and

5. The Attorney General hospitalize Respondent at FMC-Rochester.

DATED: November 23, 2005.

　　　　　　　　　　　　　　　　s/Ann D. Montgomery
　　　　　　　　　　　　　　　　___
　　　　　　　　　　　　　　　　Judge Ann D. Montgomery
　　　　　　　　　　　　　　　　U. S. District Court